E-FILED
Monday, 11 June, 2007  01:19:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY'S INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| JAMES P. MAY and MICHAEL QUAGLIANO, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER**

Plaintiff Wendy's International, Inc. ("Wendy's"), by its attorneys, pursuant to Federal Rule of Civil Procedure 65, respectfully moves for entry of a temporary restraining order enjoining Defendants, James P. May and Michael Quagliano, (collectively "Defendants"), and those acting on their behalf or in concert with them, from (i) infringing Wendy's registered trademarks and service marks in violation of the Lanham Act, 15 U.S.C. § 1114(1), (ii) unfairly competing with Wendy's in violation of the Lanham Act, 15 U.S.C. § 1125(a), and (iii) misappropriating Wendy's trade secrets under the Illinois Trade Secrets Act, 765 ILCS 1065/1 *et seq.*. In support of its Motion, Wendy's states as follows:

1.  This action arises out of Defendants' unlawful use of Wendy's trademarks and confidential and trade secret information in the operation of an unauthorized restaurant at 1209 Broadway Ave. E., Mattoon, Illinois (the "Restaurant").

2.  Wendy's is engaged in the business of operating, and granting franchises to others to operate, Wendy's Restaurants using the Wendy's system of operations, confidential information and trade secrets, and proprietary names and marks.

CHGO1\30993095.1

3. Although Defendants have not executed a franchise agreement or been granted a franchise to operate the Restaurant, since May 26, 2007, Defendants have been unlawfully operating a restaurant at that location bearing Wendy's trademarks and using the Wendy's System and confidential and trade secret information.

4. Wendy's brings this motion to enjoin Defendants' unlawful conduct.

5. For the reasons set forth in the accompanying Memorandum of Law in support of Plaintiff's Motion for Temporary Restraining Order, Wendy's has a likelihood of success of prevailing on the merits of its claims and will suffer irreparable harm if injunctive relief does not issue. Further, the balance of harms leans decidedly in Wendy's favor, and the public interest would be furthered by issuing injunctive relief and bringing to an end the consumer confusion which now exists as a result of Defendants' willful infringement of Wendy's Marks and the misappropriation of Wendy's trade secrets.

**WHEREFORE**, Wendy's respectfully prays for the following relief against Defendants:

A. A temporary restraining order enjoining Defendants, their agents, servants and employees, and those persons in active concert or participation with them, from:

1. Operating the Restaurant as if it were an authorized Wendy's franchisee;

2. Otherwise infringing or diluting the Marks;

3. Causing likelihood of confusion or misunderstanding as to the source or sponsorship of their business, products or services;

4. Unfairly competing with Wendy's or its franchisees by way of operating the Restaurant;

5. Committing unfair trade practices in the conduct of their business; and

6. Misappropriating Wendy's trade secrets in the operation of the Restaurant.

B. That Defendants be required to file with the Court and to serve upon counsel for

Wendy's within five (5) days after entry of any injunction or order issued herein, a written report, under oath, setting forth in detail the manner in which they have complied with such injunction;

      C.     An award of reasonable attorneys' fees, expenses and costs incurred by Wendy's in bringing this Motion; and

      D.     Such other and further relief as the Court deems just and proper.

WENDY'S INTERNATIONAL, INC.

By: _____
One of Its Attorneys

Stephen L. Corn
**CRAIG & CRAIG**
1807 Broadway Avenue
Mattoon, IL 61938
(217) 234-6481

William J. Campbell (00378739)
Samuel B. Isaacson (06184323)
Peter M. Ellis (06271751)
**DLA PIPER US LLP**
203 N. LaSalle, Suite 1900
Chicago, IL 60601-1293
Tele: (312) 368-4000

*Attorneys for Plaintiff*
Wendy's International, Inc.