E-FILED
Monday, 11 June, 2007  01:53:21 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

Franchisee: Quagliano & May

Restaurant Address: 1209 Broadway Ave. E

City/State: Mattoon, IL 61938

Contract No:

Site No: 8114

Inspection By: Dan Rogers                    Date: 04/20/2007

FAD: Cecil Groetken

☐ Renewal          ☒ Transfer              ☐ Remodel Incentive w/Renewal

## REGIONAL FACILITIES DIRECTOR APPROVAL

Approved by: Dan Rogers                              Date: 05/02/2007
     (Director of Facilities)

Comments: This site was closed in the fall of 2006 by Wenamerica. Water pipes have frozen and broke over the winter. Subsequent water damage, both visible and concealed, has created a substantial environment for the growth of mold on equipment surfaces and potentially within wall cavities. Strongly recommend use of professional mold remediation contractor who can certify a mold free environment upon completion of the remediation.

A more detailed assessment will need to be completed after mold remediation is completed and certified, including potential mold growth in concealed wall cavities, and equipment is cleaned, serviced and started.

Estimate costs do not include additional possible charges for mold removal or equipment repair/replacement required after initial service.

## CORPORATE ENGINEERING DIRECTOR APPROVAL

Approved by: CHERI ROELL                             Date: 05/12/07

Comments: APPROVED AS NOTED. MOLD REMEDIATION A MUST. WENDY'S HAS A RELATIONSHIP WITH AND RECOMMENDS USING SERVICE MASTER/RECOVERLINK. CALL ME AT CORPORATE

11/01/06

1

# FACILITY ASSESSMENT REPORT

## To be used for:  Renewal, Transfers or Remodel Incentive

ENGINEERING FOR INFORMATION IF OPT TO USE THEM.  BELOW COST DOES NOT INCLUDE MOLD REMEDIATION. NOTE - STARTUP COST OF EQUIPMENT ONCE POWER IS RESTORED IS ESTIMATED ONLY.

## Estimated Total Cost: $158,550

When reviewing the restaurant, define items as follows:

1. **OK: Equip**ment / Item is acceptable.

2. **Replace:**  Anything designated as "Replace" must be complete as a condition of the Renewal, Transfer or the Remodel Incentive with Renewal.

3. Repair: The Equipment / Item is a Wendy's specified item and can be repaired.

4. **Comments:**  Note anything to further clarify, specify, and/or describe timelines or other requirements.

5. **Approximate cost:**  Represents a very rough estimate. The only reason for including prices on the franchisee a general idea of expected cost to comply with the report. **Permits/plans/fees vary widely across the country and are not in the estimated costs.**  As an example, if a grill marked on the form to be upgraded, the price estimated would represent the total replacement cost.  It may, however, prove to need of only minor repairs and as a result, the for bringing it into compliance would be considerably less.



EXTERIOR PHOTOS

form is to give the

was

be in

cost

6. Please review the photo guideline below, to see the location for the required photos. Additional photos may be added if necessary (ie: restrooms).

7. While Wendy's Engineering Department may provide guidance to franchisees, it is the franchisee's responsibility to make sure that the building and facility complies with all federal, state and local laws, building and government regulations, including but not limited to American Disabilities Act of 1992 (ADA).

8. **Only Wendy's approved building materials equipment will be acceptable.**

\* <u>TAKE DIGITAL PICTURES AT LOWEST POSSIBLE DENSITY</u>  ( 60 kb<u>+</u>)



KITCHEN/BACKROOM PHOTOS

codes
the

and

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for:  Renewal, Transfers or Remodel Incentive



REQUIRED DINING ROOM PHOTOS

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

### Parking Lot

**1.** In good condition (no pot holes)
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**2.** Properly sealed
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Sealcoat.  $2,000                                              ☐ FAD Approval

**3.** Parking stalls marked correctly (including handicap ramp)
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Restripe.  $800                                                ☐ FAD Approval

**4.** Pick-up Window Lane marked
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Included in #3 above.                                          ☐ FAD Approval

**5.** Protective rail at Exit Door (Must be painted safety red)
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Paint rail.  $50                                               ☐ FAD Approval

**Approx. Cost: $2,850**

11/01/06

4

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

### SAFETY & HAZARD IDENTIFICATION FOR PARKING LOT & SIDEWALKS

Parking lot marking requirements will vary depending upon local city codes. Yellow is the most common color for lot striping and especially important for northern climates where snow is prevalent, since it will provide contrast from snow and salt laden surfaces. If codes allow, white paint is permitted for parking space striping only. All hazards should be identified in "safety" yellow paint. The following areas should be properly identified:



1. Vehicle parkin... **white.** ...es. **Color - yellow or**

2. Direction traffi... public or priva... the parking lot from all

3. Outline the ou... ...v.

4. All curbs that ... be painted. **Color - yellow.**

5. Speed bumps ... or - yellow.

6. Parking stops ... painted on top. **Color - yellow.**

7. Sidewalk curbing directly in the travel path of the building entrances or exits should be identified with a two-inch stripe on the top edge of the curb for a length of three feet. **Color - yellow.**

8. If site conditions warrant, any steps should be identified with a two-inch line painted on the top and front edge of each step. **Color - yellow.**

9. If the site conditions warrant, crosswalks across the drive-thru lane for entrances/exits which are perpendicular to the drive-thru traffic pattern should be identified with diagonal stripes. **Color - white or yellow to match striping.**

10. All posts, poles and their supports or guide wires that may be exposed to vehicle traffic should be painted at least sixty inches in height from the base. **Color - yellow.**

11. Stencil "Pick-Up Window" lane behind directional arrow. **Color - white or yellow to match striping.**

12. Any curb that represents a possible hazard to vehicles should be identified by painting a two-inch line on the top and side of the curb. **Color - yellow.**

13. Handicap ramps and handicap parking should be identified with ADA striping and stenciling per local codes. **Note:** painting the entire ramp or parking space as well as paint blocking background on stencils is not recommended unless specified by code.

14. Handicap sidewalk ramps should have the outside curbing that is changing in elevation identified with a two inch line painted on the top and side edge of curb for the first three feet of incline starting from the lower surface level. **Color - yellow.**

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

### Signage  (Exterior)

**1.** Freeway Pylon sign (if applicable)
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval

**2.** Pylon sign - (rectangular retrofit sign is acceptable)
☐ OK          ☐ Replace          ☐ Repair          ☒ N/A
Comments & Recommendations:                              ☐ FAD Approval

**3.** Pylon poles
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval
Paint pole.  $600

**4.** Readerboard – (white or yellow is acceptable)
A white background on Wendy's pylon sign readerboard is acceptable.
☐ OK          ☐ Replace          ☐ Repair          ☒ N/A
Comments & Recommendations:                              ☐ FAD Approval

**5.** Proper P.O.P. displays (not faded)
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval
None present.

**6.** Correct Exit/Enter directional signs
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval
repair and repaint.  $400

**7.** Building signs – (Red letters only with scroll and cameo)
☒ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval
Install 3 Cameos.  $7,500

**8.** Exterior Menuboard with Order Confirmation Display (Required)
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval
Install OCD.  $8,500
TO FOLLOW THE COKE MENUBOARD INITIATIVE

**Approx. Cost: $17,000**

### Building  (Exterior)

**1.** Fascia Series II (Required.  Copper color also required)
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                              ☐ FAD Approval

11/01/06

# FACILITY ASSESSMENT REPORT
### To be used for: Renewal, Transfers or Remodel Incentive

**2.** Painting and repair building trim
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Paint trim.  $500
☐ FAD Approval

**3.** Sidewalks/curb (not broken)
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**4.** Building lights operational (Copper/Red decorative fixtures required)
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Paint K-4 fixtures.  $500
☐ FAD Approval

**5.** Soffit lights recessed
☐ OK          ☐ Replace          ☐ Repair          ☒ N/A
Comments & Recommendations:
☐ FAD Approval

**6.** Pick-up windows in good repair
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:
☐ FAD Approval

## Approx. Cost: $1,000

## Miscellaneous  (Exterior)

**1.** Landscape
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Clean up & add plantings.  $2,000
☐ FAD Approval

**2.** Trash enclosure / gates
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Repair hardware and stain wood gates.  $500
☐ FAD Approval

**3.** Site lights (working properly)
☐ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.
☐ FAD Approval

**4.** Additional site lighting needed
☐ OK          ☐ Replace          ☒ Repair          ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.
☐ FAD Approval

## Approx. Cost:  $2,500  Need to confirm when full power is restored.

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

### Dining Room

**1.** Storefront or Solarium replacement glass needed
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**2.** Window Sills, wood trim/doors. (Sills must be Corain)
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**3.** Panic hardware installed on all exterior doors (no dead bolts)
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**4.** Entrances vestibule/door closers
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**5.** Replace thresholds at entrance doors if they exceed ½" in height
☒ OK          ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**6.** Floor Tile
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**7.** Floor Tile Baseboards
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**8.** Carpet and Carpet Base
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**9.** Transition strip
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**10.** Seating/Chairs
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

**11.** Table Surfaces
☐ OK          ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                    ☐ FAD Approval

11/01/06

# FACILITY ASSESSMENT REPORT

## To be used for: Renewal, Transfers or Remodel Incentive

Comments & Recommendations:                                      ☐ FAD Approval

4.  Walls:  (FRP is not acceptable; other alternate finishes are acceptable if in excellent condition)
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

5.  Floors
    ☐ OK            ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

6.  Ceiling (drywall ceiling required)
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

7.  Lighting
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

8.  Sink, Faucets, Mirror, Soap dispenser (present & condition)
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

9.  Sink Height: Restroom sink height to be 34" with 27" clearance from bottom of sink to floor.  A minimum of 8" is required for knee clearance
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

10. Faucet Handles: Wrist handle faucets on all restroom fixtures and padded boot covers on all exposed drainpipes under lavatories
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

11. Mirror: Maximum of 40" from floor
    ☐ OK            ☒ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

12. Hand drying
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

13. Hand drying - Dispenser height to be 36"-44" (only one dispenser needs to be at this height)
    ☒ OK            ☐ Replace          ☐ Repair          ☐ N/A
Comments & Recommendations:                                      ☐ FAD Approval

14. Paper Towel Dispenser
    ☐ OK            ☐ Replace          ☐ Repair          ☒ N/A
Comments & Recommendations:                                      ☐ FAD Approval

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

**15.** Hand Dryer
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**16.** Plumbing fixtures: Toilets & Urinals – Raised toilet seats (17"-19") on conventional toilets or replace existing non-conforming toilets with an appropriate accessible fixture
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**17.** Toilet Partitions
☐ OK   ☒ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**18.** Grab Bars: Correct grab bar length in toilet stalls is 36" minimum length rear wall and 42" minimum length sides
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**19.** Toilet Paper Dispenser
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**Approx. Cost: Partial restroom remodel required.** $8,500

## Serving Line & Backroom Areas

General Comments:
- All grease-laden, vapor-producing, and heat-producing equipment must be located under an acceptable exhaust hood.
- All R-101 dry fire suppression systems must be replaced with New UL 300 R-102 system.
- All equipment must be in good operating condition and able to maintain proper temperatures (hot and cold).

**1.** Serving Area: Walls (Required wall tile)
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**2.** Serving Area: Floor Tile & Baseboards
Kitchen floor tile is acceptable if it has slip resistant characteristics. (Complete kitchen tile replacement using Wendy's approved slip resistant tile, a tile path using Wendy's approved slip resistant tile in all travel paths or groves cut into the tile improve its slip resistant capability.)
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**3.** Serving Area: Ceiling Tile and Grid
☒ OK   ☐ Replace   ☐ Repair   ☐ N/A
Comments & Recommendations:
☐ FAD Approval

**4.** Serving Area: Lighting

11/01/06

# FACILITY ASSESSMENT REPORT
### To be used for: Renewal, Transfers or Remodel Incentive

☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**5.** Front Counter & Drink Station (Required stainless steel)
☐ OK    ☒ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:
Replace top and front with dining room remodel.

☐ FAD Approval

**6.** Back Counter (Required stainless steel)
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**7.** PUW Counter & Drink Station (Required stainless steel)
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**8.** HVAC system balance: Entrance doors easy to open and no influx of air coming through the PUW
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.

☐ FAD Approval

**9.** Hood condition (no rust or chipping paint) (see R-101 note above)
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**10.** Grill hoods must have one 100-watt fixture per each two linear feet of hood and heavy-duty wire grids or shock-resistant globes
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**11.** Stainless steel behind fryers (required)
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**12.** Backroom: Floor Tile & Baseboards (see note above)
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**13.** Backroom: Walls
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Repairs due to possible concealed water damage.  Allowance $1,000

☐ FAD Approval

**14.** Backroom: Ceiling Tile and Grid
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Provide allowance of $500

☐ FAD Approval

**15.** Backroom: Lighting
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

Comments & Recommendations:

☐ FAD Approval

**16.** Emergency Exit Lights
☒ OK     ☐ Replace     ☐ Repair     ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.

☐ FAD Approval

**17.** Training / Crew Break Area w/Crew Video Player
☒ OK     ☐ Replace     ☐ Repair     ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**18.** Electrical Panels
☒ OK     ☐ Replace     ☐ Repair     ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**19.** Fire Extinguisher: 1-5 lb. ABC (UL rating 3A40ABC) located near backdoor
☐ OK     ☒ Replace     ☐ Repair     ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**20.** Fire Extinguisher: 1-Class K-1B: C (capacity – 1.6 gallons) located near fryers
☐ OK     ☒ Replace     ☐ Repair     ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**Approx. Cost: $1,500**

## Equipment – Double Sided Grill Required in Modern stores (To date Image DSG not available)

**1.** Front Service Line (check for recessed knobs with calibration rings)
☐ OK     ☐ Replace     ☐ Repair     ☒ N/A
Comments & Recommendations:

☐ FAD Approval

**2.** PUW Service Line (check for recessed knobs with calibration rings)
☐ OK     ☐ Replace     ☐ Repair     ☒ N/A
Comments & Recommendations:

☐ FAD Approval

**3.** PUW timer
☐ OK     ☐ Replace     ☒ Repair     ☐ N/A
Comments & Recommendations:

☐ FAD Approval

**Approx. Cost: Modern DSG is required. $25,000**

## Equipment – Fryers/Warmers

11/01/06

# FACILITY ASSESSMENT REPORT

## To be used for: Renewal, Transfers or Remodel Incentive

**1.** 50 lb. Fryer w/Fry Computer (minimum 3 vats)    [350^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**2.** Nugget Warmer
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**3.** MPHC: Front service line (minimum 4 drawers required)    [180^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**4.** MPHC: PUW service line (minimum 4 drawers required)    [180^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**5.** Bun warmer: Front service line (needs to be operating to the standard of the Bun Enhancement Program) [140^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**6.** Bun warmer: PUW service line (needs to be operating to the standard of the Bun Enhancement Program) [140^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**7.** Bun Oven
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**8.** Pressure Fryer (Collectramatic not approved)    [350^]
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**9.** Chili Stove    [560^] (Modern stores – Split Top Version)
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
Comments & Recommendations:
Confirm operation after power is restored.    ☐ FAD Approval

**10.** Oven (walls next to oven must be protected by stainless steel)    [425^]
☒ OK    ☐ Replace    ☐ Repair    ☐ N/A
Comments & Recommendations:    ☐ FAD Approval

**Approx. Cost:** No estimate available at this time. Reassess after mold is removed from equipment and power is restored. Provide an allowance of $2,000 for equipment service and start up. Potential additional costs include all gasket replacements if mold cannot be successfully removed.

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

### Equipment – Refrigeration

1. Walk-in Coolers (34-38^) (upgraded)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

2. Walk-in Freezer (0-10^)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

3. Wire shelving must be on casters for easy cleaning (no rust or wood permitted)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Extensive mold. Replace if mold cannot be removed from all components.    ☐ FAD Approval

4. Reach-in refrigerator: (34-38^) (upgrade program installed)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

5. Reach-in freezer (0-10^)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

6. Ice machines (no rust inside and out)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

**Approx. Cost: No estimate available at this time. Reassess after mold is removed from equipment and power is restored. Provide an allowance of $2,500 for equipment service and start up. Potential additional costs include all gasket replacements if mold cannot be successfully removed.**

### Equipment – Drinks/Frosty

1. Drink System: Post mix (bag-in-box/CO2 chained/Bulk CO2)
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

2. Ceramic Ice Tea Urn (not permitted)
   ☐ OK    ☐ Replace    ☐ Repair    ☒ N/A
   Comments & Recommendations:    ☐ FAD Approval

3. Frosty Machine: Front service line
   ☐ OK    ☐ Replace    ☒ Repair    ☐ N/A
   Comments & Recommendations:
   Confirm operation after power is restored.    ☐ FAD Approval

11/01/06

# FACILITY ASSESSMENT REPORT
## To be used for: Renewal, Transfers or Remodel Incentive

**4.** Frosty Machine: PUW service line
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Confirm operation after power is restored.

**Approx. Cost:  No estimate available at this time.  Reassess after mold is removed from equipment and power is restored.  Provide an allowance of $500 for equipment service and start up.  Potential additional costs include replacements if mold cannot be successfully removed.**

## Equipment – Sinks & Miscellaneous

**1.** 3-Compartment Sink w/indirect drain (air gap)
☐ OK    ☐ Replace    ☐ Repair    ☒ N/A

Comments & Recommendations:
☐ FAD Approval

**2.** Vegetable Prep. Sink w/indirect drain (air gap) (Required)
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Add proper air gap.  $100

**3.** Mop Sink
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Confirm blend center installation and operation.

**4.** Sparkle Sink/Hand Wash Station (to include)
☐ Stainless Steel Wall Sink    ☐ Wing Faucet Handles    ☐ Soap Dispenser    ☐ Towel Dispenser
☐ Hand Washing Procedures
☐ OK    ☐ Replace    ☐ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval

**5.** Power Soak Sink (Highly Recommended)
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Confirm operation after power is restored.  Provide proper air gap.  $100

**6.** Water Heater (Minimum of 80 gal tank heater or an approved tankless heater required if the store has a power soak sink)
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Confirm operation after power is restored.

**7.** All smallwares to produce/serve Wendy's products to specifications are required (pick those needed)
☐ OK    ☐ Tomato Slicer    ☐ Safety Station    ☐ Ice Scoops
☐ Silver King Cutlett    ☐ Rapid Kool    ☐ Chemical Blend Center
☐ Digital Thermometer    ☐ Ice Buckets
☐ OK    ☐ Replace    ☒ Repair    ☐ N/A

Comments & Recommendations:
☐ FAD Approval
Reassess needs prior to opening.

**Approx. Cost:  $200**

11/01/06

E-FILED
Monday, 11 June, 2007  01:53:51 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B



06/02/2007



06/02/2007



06/02/2007







06/02/2007



06/02/2007



06/02/2007

E-FILED
Monday, 11 June, 2007  01:54:15 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| WENDY'S INTERNATIONAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| JAMES P. MAY and MICHAEL QUAGLIANO, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF KRIS KAFFENBARGER

I, Kris Kaffenbarger, declare as follows:

1.      I reside in Dublin, Ohio, and am over the age of 21.  The facts set forth herein are based upon my personal knowledge.  I would be willing and able to testify thereto if and when called upon to do so.

2.      I have been employed by Wendy's International, Inc. ("Wendy's") since 1997. My current title is Wendy's Vice President of Business Development.  My duties and responsibilities as Vice President of Business Development include, among other things, serving in a management role in connection with Wendy's Franchise Development, Franchise Finance, Geographic Information Systems Mapping and Real Estate departments.  I am intimately familiar with the Wendy's franchise system and the process and procedures employed by Wendy's to establish and open a new franchise location.

3.      Wendy's is one of the largest quick service restaurant franchise systems in the United States, with its headquarters in Dublin, Ohio.

4.      Defendant, James P. May ("May") and Defendant, Michael Quagliano ("Quagliano") are controlling shareholders, and operators of, twenty authorized Wendy's franchised restaurants doing business in Illinois, Indiana, Missouri, Iowa and Wisconsin.

5.      Recognizing that the maintenance of uniform high quality standards is essential to protect the image of Wendy's restaurants, Wendy's has developed, and is the sole and exclusive owner of, a distinctive food service system (the "Wendy's System") relating to the establishment and operation of "Wendy's Old Fashioned Hamburgers"® restaurants featuring, among other things, hamburgers, chili, salads, assorted chicken and other sandwiches, and complimentary items.

6.      The Wendy's System includes, among other things, the following elements: (a) methods and procedures for the preparation and serving of food and beverage products; (b) special ingredients, confidential recipes for food products, and distinctive service accessories; (c) methods of achieving quality and quantity control and procedures designed to be advantageous to restaurant operators and consumers; (d) plans and specifications for distinctive standardized premises, featuring characteristic interior and exterior style, decor, design, furnishings, equipment layout, and interior and exterior signage; (e) a uniform method of standards, specifications and procedures for operating Wendy's restaurants, which method is set forth in "Wendy's Confidential Manual of Operations" (the "Confidential Operations Manual"); (f) a public image that each restaurant is a unit of an established franchise system and that all are operated with uniform standards of service and product quality and portions; and (g) such copyrights and trade secrets as have been and may from time to time be developed, which Wendy's maintains exclusive control and exclusive use of and which are disclosed to its

2

franchisees in confidence for their use in connection with the construction and operation of Wendy's restaurants.

7.     To ensure the uniform application of the Wendy's System throughout the Wendy's network, and in recognition of the importance of operating each Wendy's restaurant in conformity with Wendy's standards and specifications, Wendy's provides each franchisee with a copy of its Confidential Operations Manual, which sets forth in detail all of the procedures, methods and standards for the safe and proper operation of an authorized Wendy's restaurant. For example, the Confidential Operations Manual sets forth the standards and requirements regarding: (i) the preparation of menu items; (ii) the temperatures at which product must be maintained; (iii) the temperatures to which product must be cooked; (iv) the handling of product; (v) sanitation, both of the restaurant in general and for all food preparation and contact items and surfaces; (vi) cleanliness; and (vii) customer service.

8.     In addition to clearly setting forth each franchisee's contractual obligations with respect to compliance with Wendy's standards and specifications, Wendy's goes to great lengths to verify that franchisees are trained to comply with, and do in fact comply with, those standards and specifications.  For example, so as to further compliance with Wendy's standards and specifications and the Wendy's System, each Wendy's operator (and the franchisee's initial management employees and restaurant crew) is required to attend and successfully complete, prior to their opening of a Wendy's Restaurant, Wendy's training program.  Wendy's developed its training program, its confidential Operations Manual, and the methods and techniques detailed therein for preparing its specialized food products, through trial and error and the expenditure of time, effort and money over a period of many years.  Further, to help ensure that its standards and the Wendy's System are maintained once a restaurant opens, Wendy's employs

3

various field personnel (known as Franchise Area Directors) who regularly visit and review the operations of Wendy's franchisees to evaluate their compliance with Wendy's franchise agreements and with Wendy's food safety, quality assurance and operational standards. Wendy's also maintains a Quality Assurance Department which likewise visits and reviews the operations of Wendy's restaurants.

9.      To identify the source, origin and sponsorship of Wendy's restaurants, products and services, and to distinguish those restaurants, products and services from those established, made, offered and sold by others, Wendy's has extensively used certain trademarks, service marks, trade names, logos, emblems and indicia of origin, including but not limited to the names and marks "Wendy's"®, "Wendy's Old Fashioned Hamburgers"®, and "Quality is Our Recipe"®, which are registered on the Principal Register of the United States Patent and Trademark Office (the "Marks").

10.      Wendy's has the exclusive right to use and license the Marks and derivations thereof, as well as the distinctive Wendy's System with which franchisees offer Wendy's products to the public under the Marks.

11.      Pursuant to Franchise Agreements entered into by and between Wendy's and its franchisees, Wendy's grants franchises to qualified persons to own and operate Wendy's restaurants using the Marks and the Wendy's System, but only in such manner and at such locations as are expressly authorized by Wendy's. Each franchisee is required to execute a Franchise Agreement wherein the franchisee agrees and acknowledges that the information is confidential and that they have a duty to maintain its confidentiality; that Wendy's unique methods are trade secrets and protection of those trade secrets is essential to Wendy's; and that

4

the franchisee is allowed to use that information only in connection with the operation of its licensed Wendy's Restaurant.

12.    Wendy's and its franchisees use the Marks as the marks and trade identity by which the products offered by Wendy's and its franchisees are distinguished from other quick service restaurants and the products made and sold by them.

CHGO1\30994183.2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 8, 2007, in Dublin, Ohio.

KRIS KAFFENBARGER

E-FILED
Monday, 11 June, 2007  01:54:32 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

## 2



*DHL Overnight*

November 22, 2006

Rainmaker Management, Inc.
Michael D. Quagliano
James P. May
3530 Broadway
Quincy, IL 52003

RE:     Real Estate Letter Requests
        200 Veterans Drive, East Peoria, IL
        696 E. Pershing, Decatur, IL
        120 W. Ashland Street, Morton, IL
        1209 Broadway Avenue, Mattoon, IL
        Baytowne North Prospect, Champaign, IL

Dear Franchisees:

We have received your requests for real estate letters at the above-referenced sites.
Wendy's will evaluate your requests and respond to you. In the meantime, please note
that you do not have authority to investigate real estate opportunities at these sites.

Please call me if you have any questions at (614) 764-3174.

Sincerely,

WENDY'S INTERNATIONAL, INC.

Robert J. Hessler
Franchise Development Director

RJG:ct


Email:  Kris Kaffenbarger
        Tom Spero/Ed Austin
        Mike Pacella/Joe Keith
        Mark Searle
        Cecil Groetken
Cc:     Connie Troyer

E-FILED
Monday, 11 June, 2007  01:54:47 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 3



April 20, 2007

James P. May
Michael D. Quagliano
Rainmaker Management, Inc.
3530 Broadway
Quincy, IL 62301

Dear Franchisees:

Confirming your recent request, you are hereby authorized to investigate and locate for Wendy's consideration a real estate site at 1209 East Broadway, Mattoon, IL. This authorization will automatically expire on October 31, 2007. Wendy's reserves the absolute right to revoke the authorization at any time prior to its expiration.

When you have completed your preliminary site investigation, please complete the enclosed Real Estate Letter Site Acceptance Request Form (SAR) and return the form to my attention. Upon receipt of the SAR, it will be necessary to authorize a real estate site review trip. A regional real estate representative will then contact you to schedule and confirm a site visit.

Please be aware that this authorization and any SAR submitted by you are subject to the provisions of Wendy's New Store Development Guidelines. These provisions include, in specified cases, notifications to neighboring franchisees regarding proposed new development, and a right by those franchisees to object. **You should familiarize yourself with these provisions and the timeframes involved.**

During the course of your site investigation, if you contemplate leasing the real estate, please keep in mind the following requirements set forth in Section 5 of Wendy's Unit Franchise Agreement:

**If Franchisee will occupy the premises from which the Franchised Business is conducted under a lease, Franchisor reserves the right to require Franchisee to submit such lease to Franchisor for its written approval prior to the execution thereof. All leases, without regard to Wendy's review, shall include the following provisions, and such other provisions as Franchisor may reasonably require:**

**5.1.A.    A provision which prohibits Franchisee from subleasing or assigning all or any part of its occupancy rights without Franchisor's prior written consent;**

**5.1.B.    A provision requiring that the lessor shall provide to Franchisor any and all notices of default under Franchisee's lease;**

**5.1.C.    A provision giving Franchisor (subject to the reasonable consent of lessor) the right to enter the premises to make modifications necessary to protect the Proprietary Marks or the System or to cure any default under this Agreement or under the lease; and Franchisor shall repair any damage caused to the premises in making any such modifications; and**

**5.1.D.    A provision whereby lessor consents to any assignment of Franchisee's leasehold interest to Franchisor, as agreed to by Franchisee and Franchisor.**

James P. May
Michael D. Quagliano
Rainmaker Management, Inc.
April 20, 2007 - Page 2 of 2


Wendy's Franchise Review Council reserves the absolute right to approve the granting of franchise rights for this location. In connection with such approval, the Franchise Review Council will review at the time of your franchise request your past and current financial status, the financial and ownership structure for the proposed site, your operating history, including your last 6 months' operations evaluations, along with any other issues or concerns regarding the franchise relationship or development of the site. Provided Wendy's accepts your proposed site, and there are no other concerns at that time, then I will proceed to place your request for franchise rights on the next Franchise Review Council Agenda. Please keep in mind that real estate acceptance does not necessarily mean the grant will be approved, and you should not presume such approval. Therefore, any and all expenses which you may incur prior to the Franchise Review Council grant are incurred at your own risk.

If the grant is approved by the Franchise Review Council, you will receive a Franchise Letter of Intent for your signature. The franchise grant will be based on the then current franchise agreement, terms, conditions and policies.

Should you have any questions, please feel free to contact me.

Sincerely,

**WENDY'S INTERNATIONAL, INC.**

Robert J. Hessler
Director, Franchise Development

RJH:rpz

enclosures

cc via e-mail:  Mark Searle
                Mike Pacella
                Greg Marsh
                Cecil Groetken
cc:     Connie Troyer

E-FILED
Monday, 11 June, 2007 01:55:00 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

WENDY'S INTERNATIONAL, INC.          )
                                     )
            Plaintiff,               )
                                     )
     v.                              )        No.
                                     )
JAMES P. MAY and MICHAEL QUAGLIANO,  )
                                     )
            Defendants.              )

## DECLARATION OF DANIEL N. ROGERS

I, Daniel Rogers, declare as follows:

1.      I reside in Villa Park, Illinois, and am over the age of 21. The facts set forth herein are based upon my personal knowledge. I would be willing and able to testify thereto if and when called upon to do so.

2.      I have been employed by Wendy's International, Inc. ("Wendy's") since February 2000. My current title is Wendy's Regional Facilities Director. My duties and responsibilities as Regional Facilities Director include, among other things, supervising equipment maintenance and remodeling projects at existing and potential Wendy's locations within my region as well as conducting facility assessments for such locations.

3.      On April 20, 2007, I conducted an on-site inspection of a proposed Wendy's restaurant located at 1209 Broadway Ave. E., Mattoon, Illinois and prepared a Facility Assessment Report. A true and correct copy of my Facility Assessment Report for 1209 Broadway Ave. E., Mattoon, Illinois (the "Facility Assessment Report") is attached hereto as Exhibit A.

4.      The Facility Assessment Report estimated remodeling costs of approximately $158,550.00, as well as other costs associated with prior water damage and evidence of potential mold.

5.      On June 2, 2007, I traveled to 1209 Broadway Ave. E., Mattoon, Illinois. During this visit, I observed that Defendants were operating an unauthorized Wendy's restaurant, and using Wendy's trade names, service marks and trademarks (the "Marks"), and trade secrets in connection with their operation of the unauthorized restaurant. Specifically, Defendants were marketing and promoting the restaurant through the use of the Marks, holding the restaurant out to the public as an authorized Wendy's restaurant, and passing-off the restaurant and the unapproved products and services offered by the restaurant as being authorized by Wendy's. A true and correct copy of photographs that I took during my June 2, 2007 visit to 1209 Broadway Ave. E., Mattoon, Illinois are attached hereto as Exhibit B.

6.      On June 6, 2007, I again traveled to 1209 Broadway Ave. E., Mattoon, Illinois. During this visit, I observed that Defendants were continuing to occupy and operate an unauthorized Wendy's restaurant, and use Wendy's Marks and trade secrets in connection with their operation of the unauthorized restaurant. Specifically, Defendants continued to: (a) market and promote the restaurant through the use of the Marks, (b) hold the restaurant out to the public as an authorized Wendy's restaurant, and (c) pass-off the restaurant and the unapproved products offered by the restaurant as being authorized by Wendy's.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 8, 2007, in Phoenix, Arizona.

DANIEL N. ROGERS

CHGO1\30994181.2

2

**E-FILED**
Monday, 11 June, 2007  01:55:15 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 5



Writer's Direct Dial (614) 764-3174
Writer's Direct Fax (614) 764-6894
Writer's email: bob_hessler@wendys.com

May 24, 2007                                                FedEx/2 day

James P. May
Michael D. Quagliano
Rainmaker Management, Inc.
3530 Broadway
Quincy, IL  62301

**Re:    696 Pershing Road, Decatur, IL**
**1209 E. Broadway Avenue E., Mattoon, ILIL**

Dear Franchisees:

Enclosed are Facility Assessment Reports for the above-referenced restaurants.   The
completion of all work/upgrades on the Reports will be a condition to granting you the
franchise and licensed rights for opening these restaurants.

Please call me if you want to discuss this matter.

Sincerely,

**WENDY'S INTERNATIONAL, INC.**

Robert J. Hessler
Director, Franchise Development

/RJHez

cc:  Dan Ball   Kris Kaffenbarger
                 Tom Spero
                 Mike Picona
                 Dave Young
                 David Grissam
                 Tony Bower

WENDY'S INTERNATIONAL, INC.   ONE DAVE THOMAS BOULEVARD, P.O. BOX 256, DUBLIN, OHIO ...

E-FILED
Monday, 11 June, 2007  01:55:28 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 6



Vivian
Opelt/Corporate/Wendys

05/29/2007 05:39 PM

To   MAYJAMES84@aol.com

cc   Dave Near/Corporate/Wendys@Wendys, Kris
     Kaffenbarger/Corporate/Wendys,
     bob_hessler@wendys.com, Larry

bcc

Subject   DEMAND FOR CLOSURE--Mattoon, Illinois

Wendy's Legal Dept has been advised that you and Mike Quagliano have re- opened the
closed Wendy's restaurant in Mattoon, Illinois without obtaining the franchise and licensed
rights to that location.

We hereby demand that you IMMEDIATELY close this Restaurant, and cease its operation as a
Wendy's and cease the use of Wendy's name, trademarks and proprietary rights in connection
with the Mattoon Restaurant.

Wendy's still awaits the receipt of certain information and documentation from you in
connection with reviewing your request to obtain the franchise rights to this store. Most
important, however, is the remodeling and upgrade work (about which you have been aware)
that must be completed as a condition to obtaining a franchise grant.

Please understand that your failure to adhere to Wendy's request for IMMEDIATE closure will
result in Wendy's pursuing legal actions against you.

Please call me Wednesday AM for any clarification regarding this DEMAND.


Vivian Opelt
Managing Corporate Counsel
Wendy's International, Inc
One Dave Thomas Blvd
Dublin, Ohio  43017

phone 614-764-8455
fax 614-764-3243

E-FILED
Monday, 11 June, 2007  01:55:42 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 7

**DLA PIPER**

DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263
www.dlapiper.com

Peter M. Ellis
peter.ellis@dlapiper.com
T  312.368.2197
F  312.251.5813

June 4, 2007

<u>**VIA FACSIMILE AND OVERNIGHT COURIER**</u>

James P. May
Michael Quagliano
3530 Broadway
Quincy, Illinois 62301

Re:    **Wendy's International, Inc. – Cease and Desist Demand**
        **1209 East Broadway, Mattoon, Illinois Restaurant (the "Restaurant")**

Dear Messrs. May and Quagliano:

We have been retained by Wendy's International, Inc. ("Wendy's") to represent Wendy's in connection with its potential claims against you. It has recently come to our attention that you are operating the Restaurant using the Wendy's proprietary trademarks, System and know-how without prior authorization from Wendy's. In particular, we have learned that you are operating the Restaurant as if it was an authorized Wendy's® franchise without satisfying the Wendy's requirements for operation of a Wendy's restaurant, including, but not limited to, meeting restaurant remodeling and upgrade criteria as well as execution of a Wendy's franchise agreement granting franchise and licensing rights. In addition, your Restaurant is displaying the Wendy's® logos without Wendy's authorization and consent. This conduct is wholly improper, as it violates various federal and state trademark laws, and will not be tolerated. Consequently, please be advised that Wendy's intends to protect its trademarks, trade name and all associated trade dress and to protect the goodwill associated with its franchise system.

Accordingly, Wendy's requests that you immediately cease operation of the Restaurant in violation of federal and state laws. In particular, Wendy's demands that you immediately take all steps necessary to de-identify your Restaurant by removing all Wendy's® logos from your location and ceasing to hold out the Restaurant as an authorized Wendy's franchise.

In the event that you fail or refuse to cease operation of your Restaurant as requested, Wendy's will immediately seek to enforce its legal rights by filing a lawsuit against you to protect the Wendy's trademarks, trade names and trade dress. Wendy's will instruct a representative to visit your Restaurant within the next twenty-four (24) hours to confirm your compliance with the terms set forth in this letter. Your failure to comply will negatively impact your ability to operate the Restaurant as an authorized Wendy's franchise in the future.

**DLA PIPER**

Mr. James P. May
Mr. Michael Quagliano
June 4, 2007
Page Two

Please give this matter your immediate attention.

Very truly yours,

DLA Piper US LLP

Peter M. Ellis

cc:    Wendy's International, Inc. (via e-mail)
       Samuel B. Isaacson, Esq.

```
TIME  : 06/04/2007 14:14
NAME  : DLA PIPER
FAX#  : 312-236-7516
TEL#  : 312-236-7516
SER.# : BRO2J2506775
```

| DATE,TIME | 06/04  14:14 |
|---|---|
| FAX NO./NAME | 912172238915 |
| DURATION | 00:00:30 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**DLA Piper US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1263
www.dlapiper.com

Peter M. Ellis
peter.ellis@dlapiper.com
T  312.368.2197
F  312.236.7516

# FAX TRANSMISSION COVER SHEET                    June 4, 2007

<u>To:</u>                          Telephone:              <u>Fax Number:</u>

**James P. May**                                            **217/223-8915**
**Michael Quagliano**

| From: | Peter M. Ellis | Client-Matter Number: | **265766-000015** |
|---|---|---|---|
| | 312.368.2197 | | |

Re:

Pages:  -  __3__  - (including this form)      Originals:   will follow by regular mail

**If there is a problem with this transmission, please call Audrey Taylor at (312) 984-5681**
                                        Fax Operator/Ext.

**Message:**

## UPS CampusShip: View/Print Label

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to a location of The UPS Store®, UPS Drop Box, UPS Customer Center or Authorized Shipping Outlet near you. Items sent via UPS Return Services (including Ground Returns) are accepted at any UPS Drop Box.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE



E-FILED
Monday, 11 June, 2007  01:55:55 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT

# 8



Home | News | Sports | Obituaries | Opinions | Features | Blogs | Archives | Classifieds

# Mattoon's Wendy's reopens to positive response

**By NATHANIEL WEST, Staff Writer**
nwest@jg-tc.com

MATTOON — Have no fear, ye disciples of the late Dave Thomas.

The local home of the Frosty and the Big Bacon Classic reopened May 26, bringing back the beef as well as some new fare.

"We're just going to run it the way it's supposed to be run," said Randy Whitlock, operator of the Mattoon Wendy's.

In tandem with other Central Illinois and Missouri Wendy's, the Mattoon and Charleston restaurants closed last year when former owner WenAmerica filed for bankruptcy in St. Louis.

Niro's Gyros bought and retrofitted the Charleston restaurant. Meanwhile, Quincy-based Wenco of Central Illinois purchased the Mattoon Wendy's building, land and franchise rights, according to Whitlock.

Before unlocking the doors at 1209 Broadway Ave. E., the Mattoon Wendy's got an interior facelift of new carpet, upholstery and decorations.

The restaurant now sells Frescata sandwiches, which Whitlock said should have been part of the menu previously.

The reopened Wendy's employs 45 full-time and part-time workers, according to Whitlock.

So far, the response from area patrons has been "positive," Whitlock said.

"Quite a few people are happy to see us back in town," he said.

Among them is Andrea Leonard of Charleston, who lamented the decrease in fast food variety when the Mattoon and Charleston Wendy's restaurants shut down operations.

"I love Wendy's," said Leonard, adding that she is particularly appreciative of the 99-cent menu as well as the addition of the Frescata sandwiches.

"It's gotten healthier," she said.

Contact Nathaniel West at nwest@jg-tc.com or 238-6860.

Published on Tuesday, June 5, 2007 1:11 AM CDT

Copyright © 2007 Journal Gazette and Times-Courier, divisions of Lee Enterprises.
No portion of this site may be published or broadcast without the newspapers' permission.

Print Page