AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISON

WENDY'S INTERNATIONAL, INC.,
vs.,
JAMES P. MAY and MICHAEL QUAGLIANO

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WENDY'S INTERNATIONAL, INC.

I certify that I am admitted to practice in this court.

| 6/8/2007 | | (signature) | |
|---|---|---|---|
| Date | | Signature | |

William J. Campbell — 00378739
Print Name — Bar Number

203 North LaSalle Street; Suite 1900
Address

Chicago,  IL  60601
City  State  Zip Code

(312) 368-4000    (312) 236-7516
Phone Number    Fax Number