COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS - URBANA DIVISON |

WENDY'S INTERNATIONAL, INC.,

V.

JAMES P. MAY and MICHAEL QUAGLIANO

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-2111 ~~2:07-CV-0211-MPM-DGB~~

TO: (Name and address of Defendant)

MICHAEL QUAGLIANO
326 E. Church St.
Kewanee, IL 61443-3566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Campbell
DLA PIPER US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                                                6/11/07
CLERK                                                                           DATE

s/V. Ball
(By) DEPUTY CLERK




AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS - URBANA DIVISON

WENDY'S INTERNATIONAL, INC.

V.

JAMES P. MAY and MICHAEL QUAGLIANO

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2111  ~~2:07-CV-0211-MPM-DGB~~

TO: (Name and address of Defendant)

JAMES P. MAY
1814 Broadway St
Quincy, IL 62301-8175

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Campbell
DLA PIPER US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                               6/11/07
CLERK                                          DATE

s/V. Ball
(By) DEPUTY CLERK