E-FILED
Friday, 15 June, 2007   03:19:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY'S INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-CV-02111 |
| v. | ) | |
| | ) | Judge McCuskey |
| | ) | |
| JAMES P. MAY and MICHAEL QUAGLIANO, | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter coming before the Court on Plaintiff Wendy's International, Inc.'s ("Wendy's") Motion for Temporary Restraining Order, due notice having been given, and the parties having stipulated and agreed to the following terms and conditions, it is hereby **ORDERED** that Wendy's Motion for Temporary Restraining Order and Preliminary Injunction is resolved as follows:

    A.    Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is hereby **GRANTED**;

    B.    Defendants James P. May and Michael Quagliano, their agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of the order (collectively "Defendants"), shall by the close of business on June 14, 2007, cease operation as an unauthorized Wendy's restaurant at 1209 Broadway Ave. E., Mattoon, Illinois (the "Restaurant");

    C.    Defendants shall not reopen the Restaurant as a Wendy's restaurant unless and until authorized in writing by Wendy's or the Court to do so; and

    D.    Defendants shall file with the Court and serve upon Plaintiff's counsel within five (5) days after June 15, 2007 Order, a written report, under oath, setting forth in detail the manner in which they have complied with the injunction and stipulated order.

STIPULATED TO BY:

WENDY'S INTERNATIONAL, INC.

By: *[signature]*
One of its attorneys

Stephen L. Corn
**CRAIG & CRAIG**
1807 Broadway Avenue
Mattoon, IL 61938
(217) 234-6481


William J. Campbell (00378739)
Samuel B. Isaacson (06184323)
Peter M. Ellis (06271751)
**DLA PIPER US LLP**
203 N. LaSalle, Suite 1900
Chicago, IL   60601-1293
Tele: (312) 368-4000

*Attorneys for Plaintiff*
Wendy's International, Inc.


**JAMES P. MAY**

By: _____

**MICHAEL QUAGLIANO**

By: _____

CHGO1\30996691.1

STIPULATED TO BY:

WENDY'S INTERNATIONAL, INC.

By: _____
    One of its attorneys

Stephen L. Corn
**CRAIG & CRAIG**
1807 Broadway Avenue
Mattoon, IL 61938
(217) 234-6481

William J. Campbell (00378739)
Samuel B. Isaacson (06184323)
Peter M. Ellis (06271751)
**DLA PIPER US LLP**
203 N. LaSalle, Suite 1900
Chicago, IL 60601-1293
Tele: (312) 368-4000

*Attorneys for Plaintiff*
Wendy's International, Inc.

JAMES P. MAY

By: *[signature]* _____

MICHAEL QUAGLIANO

By: _____

-2-

CHGO1\30996691.1

06/14/2007 THU 19:19 FAX 1 970 569 3870 Real Estate Office          DLA PIPER          ☑003/003
06/14/2007 18:58   312-235-7516                                                    PAGE 04/04

STIPULATED TO BY:

WENDY'S INTERNATIONAL, INC.

By: _____
One of its attorneys

Stephen L. Corn
CRAIG & CRAIG
1807 Broadway Avenue
Mattoon, IL 61938
(217) 234-6481

William J. Campbell (00378739)
Samuel B. Isaacson (06184323)
Peter M. Ellis (06271751)
DLA PIPER US LLP
203 N. LaSalle, Suite 1900
Chicago, IL 60601-1293
Tele: (312) 368-4000

*Attorneys for Plaintiff*
*Wendy's International, Inc.*

JAMES P. MAY

By: _____
MICHAEL QUAGLIANO
By: [signature]

-2-

CH\GGT\3552891.1

06/14/2007 THU 19:02 FAX 2172238915 james may                                    ☐002/004

STIPULATED TO BY:

WENDY'S INTERNATIONAL, INC.

By: _____
   One of its attorneys

Stephen L. Corn
CRAIG & CRAIG
1807 Broadway Avenue
Mattoon, IL 61938
(217) 234-6481

William J. Campbell (00378739)
Samuel B. Isaacson (06184323)
Peter M. Ellis (06271751)
DLA PIPER US LLP
203 N. LaSalle, Suite 1900
Chicago, IL 60601-1293
Tele: (312) 368-4000

*Attorneys for Plaintiff*
Wendy's International, Inc.

JAMES P. MAY

By: /s/ J. May

MICHAEL QUAGLIANO

By: _____

IT IS SO ORDERED this 15th day of June, 2007.

                                                    s/ Michael P. McCuskey
                                                    MICHAEL P. McCUSKEY
                                                    CHIEF U.S. DISTRICT JUDGE