# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| WENDY'S INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 07-2111 |
| JAMES P. MAY and MICHAEL QUAGLIANO, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

NOW COMES Joseph D. Murphy of Meyer Capel, A Professional Corporation, and hereby enters his appearance on behalf of the Defendants, JAMES P. MAY and MICHAEL QUAGLIANO, in the above-captioned lawsuit.

Respectfully submitted,

　　　s\Joseph D. Murphy
Joseph D. Murphy - Bar No. 6192246
MEYER CAPEL, *A Professional Corporation*
306 West Church Street, P.O. Box 6750
Champaign, Illinois 61826-6750
Telephone (217) 352-1800
Facsimile  (217) 352-1083
jmurphy@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| William J. Campbell<br>DLA Piper US, LLP<br>203 N. LaSalle St.<br>Suite 1900<br>Chicago, IL 60601-1293<br>william.campbell@dlapiper.com | Samuel B. Isaacson<br>DLA Piper US, LLP<br>203 N. LaSalle St.<br>Suite 1900<br>Chicago, IL 60601-1293<br>samuel.isaacson@dlapiper.com |
| Peter M. Ellis<br>DLA Piper US, LLP<br>203 N. LaSalle St.<br>Suite 1900<br>Chicago, IL 60601-1293<br>peter.ellis@dlapiper.com | Stephen L. Corn<br>Craig & Craig<br>1807 Broadway Ave.<br>P.O. Box 689<br>Mattoon, IL 61938<br>slc@craiglaw.net |

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

XXX

                                                     **s\Joseph D. Murphy**
Joseph D. Murphy - Bar No. 6192246
MEYER CAPEL, *A Professional Corporation*
306 West Church Street, P.O. Box 6750
Champaign, Illinois 61826-6750
Telephone (217) 352-1800
Facsimile  (217) 352-1083
jmurphy@meyercapel.com