IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| WENDY'S INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) ) ) | No. 07-02111-CV |
| v. | ) ) | Chief Judge Michael P. McCuskey |
| JAMES P. MAY and MICHAEL QUAGLIANO, | ) ) ) | Affidavit of Compliance |
| Defendants. | ) ) | |

### AFFIDAVIT OF MICHAEL QUAGLIANO

COUNTY OF EAGLE    )
                   )  ss:.
STATE OF COLORADO  )

MICHAEL QUAGLIANO, being duly sworn or affirmed, deposes and states as follows:

1. I am a defendant in the captioned litigation. I make this deposition in compliance with Paragraph D of the Stipulation and Order entered by the Court on Friday, June 15 in the captioned litigation.

2. In compliance with the agreement I reached with Wendy's attorney, which is embodied in the Court's June 15, 2007 Order, I called the manager of the "Restaurant" as that term is defined in the Complaint and located at 1209 Broadway Avenue, E., in Mattoon, Illinois on June 14, 2007 shortly after 5:00 p.m. I directed the manager to close the Restaurant at close of business that day, and advised him that it would not be reopened as a Wendy's restaurant until authorized in writing by Wendy's or the Court to do so.

[rest of page blank]

3.  The Restaurant is now closed and, consistent with the Court's June 15, 2007 Order, will not reopen as a Wendy's restaurant until I or any my agents or persons acting on my behalf is authorized in writing by Wendy's or the Court to do so.

Further affiant sayeth not.

*[signature]*

Sworn or affirmed before me
this 15th day of June, 2007

*[signature]*
Notary Public

My commission exp 11/12/07

*[Notary seal: JENNIFER L. VOSS, NOTARY PUBLIC, STATE OF COLORADO]*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2007, I electronically filed the foregoing **Affidavit of Michael Quagliano** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William J. Campbell
DLA Piper US, LLP
203 N. LaSalle St.
Suite 1900
Chicago, IL 60601-1293
william.campbell@dlapiper.com

Samuel B. Isaacson
DLA Piper US, LLP
203 N. LaSalle St.
Suite 1900
Chicago, IL 60601-1293
samuel.isaacson@dlapiper.com

Peter M. Ellis
DLA Piper US, LLP
203 N. LaSalle St.
Suite 1900
Chicago, IL 60601-1293
peter.ellis@dlapiper.com

Stephen L. Corn
Craig & Craig
1807 Broadway Ave.
P.O. Box 689
Mattoon, IL 61938
slc@craiglaw.net

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

XXX

          **s\Joseph D. Murphy**
         Joseph D. Murphy - Bar No. 6192246
         Attorney for Defendants
         MEYER CAPEL, *A Professional Corporation*
         306 West Church Street, P.O. Box 6750
         Champaign, Illinois 61826-6750
         Telephone (217) 352-1800
         Facsimile (217) 352-1083
         jmurphy@meyercapel.com