```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
                URBANA DIVISION, URBANA, ILLINOIS


WENDY'S INTERNATIONAL, INC.,        )
                                    )
     Plaintiff,                     )
                                    )
          vs.                       )     No.  07-CV-2111
                                    )
JAMES P. MAY and MICHAEL QUAGLIANO, )
                                    )
     Defendants.                    )
```

**JOINT MOTION TO DISMISS COMPLAINT FOR INJUNCTIVE RELIEF AND, TO DISSOLVE ORDER ALLOWING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Now come the Plaintiff, WENDY'S INTERNATIONAL, INC., and the Defendants, JAMES P. MAY and MICHAEL QUAGLIANO, through their respective counsel, and for their Joint Motion to Dismiss the Complaint for Injunctive Relief and to Dissolve the Order allowing Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction entered June 15, 2007, states:

1.  Subsequent to the entry of the Order granting Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Defendants closed the Wendy's Restaurant at 1209 Broadway Avenue East, Mattoon, Illinois (the "Restaurant"), consistent with the terms of the Court's Order.

2.  Subsequent thereto, the Defendants reopened the Restaurant after having written authorization by the Plaintiff to do so, consistent with the terms of the Court's Order.

3. The Defendants have taken all of the necessary steps with respect to requirements of the Plaintiff for opening the Restaurant and continuing to operate the Restaurant.

4. That the Plaintiff desires, in accordance with the Defendants' compliance noted above, to dismiss the Complaint for Injunctive Relief and to have the Order of June 15, 2007 dissolved.

5. Attached is a proposed Order granting the relief sought.

WHEREFORE, the Plaintiff and the Defendants move the Court to enter an Order dissolving the Order of June 15, 2007 and dismissing the Complaint for Injunctive Relief.

DATED this 7th day of September, 2007.

                    WENDY'S INTERNATIONAL, INC., Plaintiff

          By      s/ Stephen L. Corn
                    Stephen L. Corn #1228253
                    Of Craig & Craig
                    1807 Broadway Avenue
                    PO Box 689
                    Mattoon, Illinois 61938
                    Telephone: (217)234-6481
                    E-mail: slc@craiglaw.net

JAMES P. MAY and MICHAEL QUAGLIANO, Defendants

          By      S/Joseph D. Murphy
                    Joseph D. Murphy #6192246
                    Of Meyer Capel
                    306 West Church Street
                    PO Box 6750
                    Champaign, Illinois 61826
                    Telephone: (217)352-1800
                    E-mail: jmurphy@meyercapel.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th of September, 2007, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Mr. Joseph D. Murphy
Meyer Capel
306 West Church Street
PO Box 6750
Champaign, Illinois 61826

Mr. Peter Ellis
DLA Piper
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601

                                            s/Stephen L. Corn
                                            Stephen L. Corn #1228253
                                            Attorneys for Said Defendants
                                            Of Craig & Craig
                                            1807 Broadway Avenue
                                            PO Box 689
                                            Mattoon, Illinois 61938
                                            Telephone: (217)234-6481
                                            E-mail: slc@craiglaw.net

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION, URBANA, ILLINOIS

| | |
|---|---|
| WENDY'S INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  07-CV-2111 |
| ) | |
| JAMES P. MAY and MICHAEL QUAGLIANO,) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now this matter comes on to be heard upon the Joint Motion to Dismiss Complaint for Injunctive Relief and to Dissolve the Order Allowing the Temporary Restraining Order and Preliminary Injunction and the Court having been fully advised in the premises and being advised that the Defendants have no objection to the Motion, finds said Motion should be allowed.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Order of June 15, 2007 allowing the Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is dissolved and, IT IS FURTHER ORDERED, the Joint Motion to Dismiss the Complaint for Injunctive Relief is hereby allowed with the Defendants to go hence without day as to the allegations of the Complaint.

ENTERED this _____ day of September, 2007.

_____
CHIEF U. S. DISTRICT JUDGE