E-FILED
Monday, 10 September, 2007 01:38:33 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| WENDY'S INTERNATIONAL, INC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 07-CV-2111 |
| ) | |
| JAMES P. MAY and MICHAEL ) | |
| QUAGLIANO, ) | |
| ) | |
| Defendants. ) | |

### ORDER

On September 7, 2007, the parties filed a Joint Motion to Dismiss Complaint for Injunctive Relief and to Dissolve Order Allowing Motion for Temporary Restraining Order and Preliminary Injunction (#13). The parties stated that they were seeking an order dismissing the Complaint for Injunctive Relief and vacating the order entered on June 15, 2007, which granted Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

IT IS THEREFORE ORDERED THAT:

(1) The Joint Motion to Dismiss Complaint for Injunctive Relief and to Dissolve Order Allowing Motion for Temporary Restraining Order and Preliminary Injunction (#13) is GRANTED.

(2) Plaintiff's Complaint (#1) is dismissed with prejudice.

(3) This court's Order (#9) entered on June 15, 2007 is hereby VACATED.

(4) This case is terminated. The parties shall bear their own costs of suit.

ENTERED this 10th day of September, 2007

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE